FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Renitta L. Ray**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Renitta L. Ray** | S.S.# **xxx-xx-6215** |
| | (W) | S.S.# |
| ADDRESS: | **3986 Sunset Lake Cove** | |
| | **Memphis, TN 38135** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **750.00**   **Semi-monthly** | |
| PAYROLL DEDUCTION: | **YES**    OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **State of Tennessee** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | (X) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | |
|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | |
| **Rushmore Loan Management Services** | Ongoing pmt. Begin **May 2015** | $ **606.00** |
| | Approx. arrearage **13,100.00**   Interest **0.00** % | $ **219.00** |

| SECURED CREDITORS; | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT. |
| **Santander Consumer ($17,000)** | $ **10,500.00** | **5.25** % | $ **325.00** |
| **William E. Miller Assoc. (Homeowners fees - $2,860)** | $ **2,860.00** | **0.00** % | $ **48.00** |

UNSECURED CREDITORS:    Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$28,932.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
**-NONE-**:  
**Assumed Leases**  
**American Car Center**: **Acct# 10127701**  
**Opened  1/01/13**  
**Automobile**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Janet M. Lane 014634**  
**Janet M. Lane, Attorney at Law**  
**2299 Union Avenue**  
**Memphis, TN 38104**  
**(901) 219-8101 Fax:(866) 264-9179**